IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MURPHY OIL CORPORATION                                              PLAINTIFF

V.                          CASE NO. 1:18-CV-1013

LIBERTY MUTUAL FIRE INSURANCE COMPANY                    DEFENDANT

### JUDGMENT

Plaintiff Murphy Oil Corporation's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of January, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE